McGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-00129-EPG |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND PROPOSED ORDER |
| v. | |
| DAVID ZACHOCKI, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter as a result of the government's knowledge that Mr. Zachocki is now deceased.

Dated: December 16, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **December 16, 2020**

UNITED STATES DISTRICT JUDGE